E-FILED: **3/16/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Nonylon Pedraja, et al.*              )          CASE NO. CV 09-2402-GHK (CTx)
        **Plaintiffs,**              )
                                )          **JUDGMENT**
      **v.**              )
                                )
*Countrywide Home Loans, Inc., et al.* )
        **Defendants.**              )
_____)

Based on our February 24, 2010 Order granting Defendant BAC Home Loans, LP, formerly known as Countrywide Home Loans, Inc.'s Motion to Dismiss against Plaintiffs Nonylon Pedraja and Mary June Pedraja (collectively, "Plaintiffs"), **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITH PREJUDICE** with respect to Defendant BAC Home Loans, LP.

Based on our March 16, 2010 Order dismissing the remaining Defendant for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE** with respect to Defendant ReconTrust Company, N.A.

    **IT IS SO ORDERED**.

DATED: March 16, 2010

_____
GEORGE H. KING
United States District Judge